UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

LP

Jonathan Lee Riches©,
Plaintiff

CIVIL NO: 07-5307

V.

MATTHEW MURRAY d/b/a Member of New Life Church,
Youth with a Mission Training School, ARVADA COLORADO;
Defendants

## Complaint

42 USC 1983 / Preaching hate / Violations of my civil Rights

Comes now the Plaintiff, Jonathan Lee Riches©, in pro-se, moves under 42 USC 1983. New Life church preaches hate. The B.O.P. comes from this church. I'm at FCI Williamsburg in Solitary Confinement. I have no access to religious material. I don't have god, this is civil rights violation. I had a dream that defendant is going to shoot me with a rifle

Jonathan Lee Riches©
#40948-018
FCI Williamsburg
P.O. Box 340
Salters, S.C. 29590

843-387-9400

Respectfully
Submitted

Jonathan Lee Riches©